KAYLA NEVILLE                                          NO. 24-C-342

VERSUS                                                FIFTH CIRCUIT

JOHN W. REDMANN, LAW OFFICE OF          COURT OF APPEAL
JOHN W. REDMANN, AND XYZ
INSURANCE COMPANY                              STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

_____ September 04, 2024 _____

Linda Wiseman
First Deputy Clerk

IN RE KAYLA M. NEVILLE

_____

APPLYING FOR  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT
COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
STEPHEN D. ENRIGHT, JR., DIVISION "N", NUMBER 816-050

_____

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Plaintiff, Kayla Neville, seeks review of the trial court's June 12, 2024 judgment denying her Renewed Motion for Partial Summary Judgment. Plaintiff filed this legal malpractice action against defendants, John Redmann and the Law Office of John Redmann, alleging that the medical review panel request that defendants filed on her behalf was untimely.  In the sole assignment of error raised in her writ application, plaintiff asserts that the trial court erred by failing to rule that defendants were "the only parties who acted negligently, and thus, were solely liable to Plaintiff for the untimely filing of the Request for a Medical Review Panel against Dr. Felix Savoie."  Plaintiff further contends that defendants are the sole cause of her damages and should be held liable as a matter of law.

Plaintiff bases her request for partial summary judgment primarily on her position that this Court's prior ruling in *In Re Medical Review Panel for Claim of Kayla Marles Neville*, 20-127 (La. App. 5 Cir. 6/30/20) (unpublished writ decision), *writ denied*, 20-968 (La. 11/4/20), 303 So.3d 648, which granted Dr. Savoie's exception for prescription in the underlying medical malpractice action, establishes defendants' liability for legal malpractice as a matter of law.  It does not.  This Court previously addressed and rejected this argument in our decision reversing the trial court's judgment granting plaintiff's original motion for partial summary judgment in *Neville v. Redmann*, 22-175 (La. App. 5 Cir. 12/31/22), 356 So.3d 568, *writ denied*, 23-126 (La. 4/4/23), 358 So.3d 861.  Furthermore, following our *de novo* review,

we find that the trial court did not err by concluding that genuine issues of material fact exist which preclude partial summary judgment in this matter.

Accordingly, this writ application is denied.[1]

Gretna, Louisiana, this 4th day of September, 2024.

**SUS**
**MEJ**
**TSM**

---

[1] We further observe that plaintiff's writ application failed to provide all attachments required by Uniform Rules – Courts of Appeal Rule 4-5, including a copy of the trial court's judgment, plaintiff's renewed motion for partial summary judgment, and defendants' opposition and exhibits. We were only able to review these items because defendants attached them to their opposition to the writ application.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/04/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-C-342**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)

John O. Pieksen, Jr. (Relator)          Michael G. Bagneris (Relator)
Melissa M. Lessell (Respondent)         Karen P. Holland (Respondent)
                                        Beverly A. Delaune (Respondent)

### MAILED

Zackory K. Wood (Respondent)            Blair E. Boyd (Respondent)
Attorney at Law                         Attorney at Law
601 Poydras Street                      755 Magazine Street
Suite 1850                              New Orleans, LA 70130
New Orleans, LA 70130